IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAYNE BONILLA,
    Plaintiff,
  v.
ALAMEDA COUNTY,
    Defendant.
_____/

No. C 12-0140 CW (PR)

JUDGMENT

Pursuant to the Court's Order of today's date dismissing the instant action pursuant to 28 U.S.C. § 1915A, a judgment of DISMISSAL without prejudice is hereby entered.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: July 06, 2012

CLAUDIA WILKEN
United States District Judge